# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH PATALANO, | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 15-4076 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | |
| Defendant | |

FILED
MAR -7 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 7th day of March, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 8) filed November 19, 2015; upon consideration of Defendant's Response to Request for Review of Plaintiff (Docket No. 9) filed December 16, 2015; upon consideration of Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (Docket No. 10) filed December 24, 2015, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated February 17, 2017, IT IS ORDERED that:

   1. The Report and Recommendation is APPROVED and ADOPTED; and

   2. The relief sought by Plaintiff is GRANTED in part as described below;

   3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

   4. In all other respects, Plaintiff's request for relief is DENIED.

BY THE COURT:

T. N. O'Neill
THOMAS N. O'NEILL, JR., J.